1

2 **JS 6**

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ISMAEL QUINTERO and MARIA     )     Case No. CV 09-5721 DSF (PLAx):
   QUINTERO,                     )
12                               )
            Plaintiffs,          )
13                               )     JUDGMENT
        vs.                      )
14                               )
   DOWNEY SAVINGS AND LOAN       )
15 ASSOCIATION, F.A.; DSL        )
   SERVICE COMPANY; FCI          )
16 LENDER SERVICES, INC.; and    )
   DOES 1 through 25, inclusive, )
17                               )
            Defendants.          )
18                               )
   _____ )
19

20        This action came before the Court, the Honorable Dale S. Fischer, District

21 Judge, Presiding, on a motion to dismiss.  The Court ordered that the case be

22 dismissed by consent of Plaintiff as evidenced by lack of opposition to the motion.

23 IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

24 be dismissed without prejudice, and that defendants recover their costs of suit

25 pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

26 Dated: 9-15-09
                              _____
27                                      Dale S. Fischer
                                   United States District Judge
28